Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

| In re: | : | |
|---|---|---|
| | : | Bankruptcy No. 08-20523 JAB |
| DEANNETTE LYNNE DOW | : | |
| | : | [Chapter 7] |

--ooOoo--

**DEPOSIT OF UNCLAIMED FUNDS**

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

XX    A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

_____ B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Chase Bank USA, NA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | $263.59 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: February 10, 2010

_____
Roger G. Segal, Trustee